IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-01623-WYD-CBS

RALPH MATHEWS,

    Plaintiff,

v.

QWEST DISABILITY PLAN,
an employee welfare benefit plan;
QWEST DISABILITY SERVICES APPEALS BOARD; and
QWEST EMPLOYEE BENEFITS COMMITTEE,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendants' Unopposed Motion for Leave to Amend Answer (*doc. # 7)* is GRANTED. As of the date of this order, the Clerk of Court is instructed to accept for filing, Defendants' Amended Answer (*doc no. 7-3*) tendered to the court on September 11, 2008.

**DATED:**    September 12, 2008